THIS OPINION HAS NO PRECEDENTIAL
VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING
EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH
CAROLINA
In The Court of Appeals

 
 
 
 The
 State,        Respondent,
 
 
 

v.

 
 
 
 Amos
 Mack,        Appellant.
 
 
 

Appeal From Orangeburg County
Edward B. Cottingham, Circuit Court Judge

Unpublished Opinion No.
2005-UP-437
Submitted July 1, 2005  Filed July 13, 2005

APPEAL DISMISSED

 
 
 
 Assistant Appellate Defender
 Eleanor Duffy Cleary, of Columbia, of Columbia, for
 Appellant.
 Attorney General Henry
 Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, and
 Assistant Deputy Attorney General Salley W. Elliott, all of Columbia;
 and Solicitor Robert D. Robbins, of Summerville, for Respondent.
 
 
 

PER CURIAM:  Amos Mack
was indicted for failure to stop for a blue light or siren.  Mack was tried
before a jury in his absence, and the jury found him guilty.  The trial
court sentenced Mack to five years imprisonment and revoked Macks three-year
suspended sentence on a previous conviction.  Macks counsel filed a
petition to be relieved as counsel.  Mack filed a pro se
brief.  After a thorough review of the record pursuant to Anders v.
California, 386 U.S. 738 (1967), and State v. Williams, 305 S.C. 116,
406 S.E.2d 357 (1991), we dismiss[1]
the appeal and grant counsels petition to be
relieved.           
APPEAL DISMISSED.
ANDERSON, STILWELL, and WILLIAMS,
JJ., concur.

[1] We decide this case without oral argument pursuant to Rule 215,
SCACR.